IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLARENCE SMITH JR. and<br>ANGEL ROBERTO MARTINEZ,<br><br>Defendants. | **INDICTMENT**<br><br>Criminal No. 20-44<br><br>Violations:<br>21 U.S.C. § 846<br>18 U.S.C. § 922(a)(5)<br>18 U.S.C. § 922(e)<br>18 U.S.C. § 1715<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
*Conspiracy to Possess with Intent to Distribute a Controlled Substance*
*(21 U.S.C. § 846)*

From a date unknown until on or about November 5, 2020, in the District of the Virgin Islands and elsewhere, the defendants,

**CLARENCE SMITH JR., and**
**ANGEL ROBERTO MARTINEZ**

knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute more than 500 grams and more, to wit: one (1) kilogram and more of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

Case: 3:20-cr-00044-RAM-RM    Document #: 9    Filed: 12/03/20    Page 2 of 7

U.S. v. Clarence Smith Jr., et al.
Indictment
Page 2

### COUNT TWO
*Attempt to Possess with Intent to Distribute a Controlled Substance*
*(21 U.S.C. § 846)*

On or about November 5, 2020, in the District of the Virgin Islands and elsewhere, the defendant,

**ANGEL ROBERTO MARTINEZ,**

knowingly and intentionally attempted to commit the following offense against the United States: to possess with intent to distribute 500 grams and more, to wit: one (1) kilogram and more of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

### COUNT THREE
*(Willful Transfer, Sale or Transport of Weapon to Another Unlicensed, Out-State-Person)*
*(18 U.S.C. § 922(a)(5))*

On or about October 20, 2020, in the District of the Virgin Islands and elsewhere, the defendant,

**ANGEL ROBERTO MARTINEZ,**

not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, give, transport and deliver a firearm, that is, a Glock 26 Gen 4, serial number G55574, to CLARENCE SMITH JR., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Florida, the State in which the

U.S. v. Clarence Smith Jr., et al.
Indictment
Page 3

defendant was residing at the time of the aforesaid transfer, giving, transportation and delivery of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT FOUR
*(Mailing Nonmailable Firearms)*
*(18 U.S.C. § 1715 and 2)*

On or about October 20, 2020, in the District of the Virgin Islands and elsewhere, the defendants,

**CLARENCE SMITH JR., and**
**ANGEL ROBERTO MARTINEZ,**

aided and abetted by each other, did deposit for mailing and delivery, and knowingly cause to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed firearms declared nonmailable, that is, Glock 26 Gen 4, serial number G55574.

In violation of Title 18, United States Code, Sections 1715 and 2.

## COUNT FIVE
*(Delivery of Firearms to Common Carrier for Shipment Without Written Notice)*
*(18 U.S.C. § 922(e) and 2)*

On or about October 20, 2020, in the District of the Virgin Islands and elsewhere, the defendants,

**CLARENCE SMITH JR., and**
**ANGEL ROBERTO MARTINEZ,**

aided and abetted by each other, did knowingly deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce to

U.S. v. Clarence Smith Jr., et al.
Indictment
Page 4

persons other than a licensed importer, manufacturer, dealer and collector, a package containing a firearm without giving written notice to the carrier that such firearm was being transported and shipped.

In violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D), and 2.

U.S. v. Clarence Smith Jr., et al.
Indictment
Page 5

## **FORFEITURE NOTICE**

1.    The allegations contained in Counts Three through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(e), 924(a)(5), and 1715 forth in Counts Three through Five of this Indictment, the defendants, **CLARENCE SMITH JR. and ANGEL ROBERTO MARTINEZ**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- The Glock 26 Gen 4, serial number G55574, referenced in Counts Three, Four and Five;
- Two firearm magazines with approximately 34 rounds of 9mm ammunition.

3.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

U.S. v. Clarence Smith Jr., et al.
Indictment
Page 6

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

U.S. v. Clarence Smith Jr., et al.
Indictment
Page 7

The Grand Jury returned a TRUE BILL / NO TRUE BILL.

**GRETCHEN C.F. SHAPPERT**
**United States Attorney**

By: _____
Alessandra P. Serano
First Assistant United States Attorney/Chief, Criminal Division

By: _____
Juan A. Albino
Assistant United States Attorney

United States Attorney's Office
District of the Virgin Islands
5500 Veteran's Drive, Suite 260
St. Thomas, Virgin Islands 00802
Telephone (340) 774-5757

DISTRICT COURT OF THE VIRGIN ISLANDS:

Returned into the District Court 3rd day of December 2020, by Grand Jurors and filed.

_____
**HONORABLE RUTH MILLER**
United States Magistrate Judge
District of the Virgin Islands